### March 24, 1971.

M. P. No. 1158. APPEAL No. 1218. GERARD W. SOUTHLAND *v.* TOWN COUNCIL OF SOUTH KINGSTOWN. Motion of petitioner to supplement record by filing transcript of proceedings before Superior Court and of the decision therein is granted. *Umsted & Going, Scott Umsted, Jr.,* for petitioner. *William H. Leslie, Jr., Town Solicitor,* for respondent.

M. P. No. 1274. DAVID C. MONTEIRO *v.* FRANCIS A. HOWARD, *Warden.* Motion of petitioner for a special assignment granted and matter is assigned to May 1971 calendar for hearing on the merits. *Alton W. Wiley,* for petitioner. *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1358. BARRY K. LEAVITT *v.* FRANCIS HOWARD, *Warden.* Petition for writ of habeas corpus is denied. *Ira L. Schreiber,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1362. PETITION OF JAMES F. VETELINO. Petition of James F. Vetelino for review of ruling of Board of Bar Examiners and for permission to take the bar examination assigned to May 1971 calendar for hearing. *Frank S. Cappuccio,* for petitioner.

### March 31, 1971.

Ex. No. 1049. STATE *v.* GERARD THOMAS OUIMETTE. Motion for leave to reargue is denied. Roberts, C.J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Charles Butterfield, Jr.,* for defendant.